932 A.2d 873

**BLUE COMET DINER, Respondent,**

v.

**PENNSYLVANIA HUMAN RELATIONS COMMISSION, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 5, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED** and the decision and order of the Commonwealth Court is **RE-VERSED** based on this Court's decision in *Riedel v. Human Relations Commission of the City of Reading,* 559 Pa. 34, 739 A.2d 121 (1999) (distinguishing jurisdiction from authority to act and pointing out that it is axiomatic that issues not preserved for appellate review will not be addressed by the appellate court). Further, this matter is **REMANDED** to the Commonwealth Court to decide the issues raised by Blue Comet in its initial appeal to that court.

Justice EAKIN dissents.